IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTWON SHERROD AMOS ,

     Appellant,

v.

STATE OF FLORIDA ,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5550

Opinion filed September 20, 2016.

An appeal from the Circuit Court for Duval County.
Russell L. Healey, Judge.

Nancy A. Daniels, Public Defender and John Knowles, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General and Sharon Traxler, Assistant Attorney General, for Appellee.


PER CURIAM.

     AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.